# EXHIBIT A

**EQUIFAX Credit Profile Report**
EQUIFAX
PO Box 740241
Atlanta, GA 30374-0241
1-800-685-1111
Date Reported: 10/22/2015

## Personal Information

| | | | |
|---|---|---|---|
| **Name:** | ALAN C MARTIN | **Date of Birth:** | 1969 |
| **SSN:** | -7906 | **Phone:** | |
| **On File Since:** | 10/31/1992 | | |
| **Address:** | 11740 S LAUREL DR APT 2D<br>LAUREL MD 20708 | | |
| **Reported On:** | 9/1/2015 | | |
| **Address:** | 365 BELLEVILLE AVE<br>BLOOMFIELD NJ 07003 | | |
| **Reported On:** | 11/1/2010 | | |
| **Address:** | 8301 SPRUCE HILL DR<br>LAUREL MD 20707 | | |
| **Reported On:** | 10/1/2015 | | |

## Report Summary

| | | | | | |
|---|---|---|---|---|---|
| **Total # of Trades:** | 6 | **30 Days:** | 1 | **Accounts Balance:** | $4 |
| **Current Trades:** | 3 | **60 Days:** | 2 | **Mnthly Payment:** | $0 |
| **Unrated Trades:** | 0 | **90+ Days:** | 14 | **Credit Limit:** | $1,465 |
| **Curr Neg Trades:** | 3 | **Inquiries:** | 2 | **High Credit:** | $1,465 |
| **Hist Neg Trades:** | 4 | **Inq. last 6 mnths:** | 1 | **Total Real Est. Bal.:** | $0 |
| **No. of Accts Paid:** | 1 | **Public Records:** | 0 | **Total Rev. Bal.:** | $0 |
| **Curr Past Due:** | 0 | **Collections:** | 2 | **Tot. Installment Bal.:** | $4 |
| **Amount Past Due:** | $0 | **Oldest Trade:** | 4/1/1998 | **Available %:** | 100 |

## Scorecards

| | |
|---|---|
| **Scorecard:** | FICO Risk Score, Classic, v5 (NF) |
| **Score:** | 616 |
| **Reasons:** | (00038) Serious delinquency, and derogatory public record or collection filed |
| | (00018) Number of accounts with delinquency |
| | (00020) Length of time since derogatory public record or collection is too short |
| | (00013) Time since delinquency is too recent or unknown |
| | Number of inquiries did NOT adversely affected the score |

**For information regarding this report's compliance with new Risk Based Pricing, please click this link .**
**Click this link for signature page version .**

## Collections

| Member Number<br>Creditor<br>Status<br>Narratives | Industry Code<br>Account Number | Date Reported<br>Date Verified<br>Date Closed | Amount<br>Balance |
|---|---|---|---|
| 491YC00000<br><br>Unpaid Subject has not satisfied debt.<br>MEDICAL | 3879 | 10/1/2015<br>4/1/2014<br>- | $220<br>$297 |