# EXHIBIT B



**FMS FINANCIAL SOLUTIONS**

2/1/2016
MARTIN, ALAN C
1224 Harvest Dr APT F
monroeville, PW, 15146

Account #: ▮1040
Principal Balance Due: $0.00
Creditor:
        JULIAN JAKIBOVITS, MD

Dear MARTIN, ALAN C:

Please accept this as written confirmation that you have satisfied the account being collected by FMS on behalf of the above named Creditor in the amount of $218.33 effective 02/01/2016.

In the event that your account was reported to a credit reporting agency, this office will update your credit report to reflect its paid status.

Should you have any further questions or concerns, please contact this office at the address or phone listed below.

        FMS Financial Solutions, LLC
        9001 Edmonston Road, Suite 20
        Greenbelt, Maryland 20770
        301.220.1849
        Toll Free: 1.800.486.7677
        www.FMSFinancialSolutions.com

Thank you for your attention to this matter.

Respectfully,

*Max Price* (signature)
Max Price
FMS Financial Solutions, LLC

*This is an attempt to collect a debt, and any information obtained will be used for that purpose.*

COLLECTIONS    DEBT ACQUISITION    DEBT MANAGEMENT    BACKGROUND INVESTIGATIONS

9001 Edmonston Road, Suite 20
Greenbelt, MD 20770
(P) 301-220-1849 (F) 301.220.1915 (TF) 800.486.7677
www.FMSfinancialsolutions.com

Form 00208

# Universal Data Form

| | | |
|---|---|---|
| AUD Correction Indicator: | Update ☐  Delete ☒  Delete due to fraud ☐ | |
| Subscriber Name: | Financial Management Solutions | Equifax SC: 491YC83554 |
| Subscriber Address: | 9001 Edmondton Road Suite 20, Greenbelt, MD 20770 | Experian SC: 1660490 |
| | | Innovis SC: |
| | | TU SC: |

## Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| MARTIN | ALAN | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| 7207 BRANCHWOOD PL | CLINTON | MD | 20735 |

| Previous Last Name | Previous First Name | Previous Middle Name | Previous Gen. |
|---|---|---|---|
| | | | |

| Previous Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: 1 | Phone: |
|---|---|---|

## Employment Information

| Employer Name: | Occupation: |
|---|---|

| Current Address | City | State | Zip+4 |
|---|---|---|---|

## Associated Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|

| Current Address | City | State | Zip+4 |
|---|---|---|---|

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|

| Current Address | City | State | Zip+4 |
|---|---|---|---|

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

## Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| 0735 | 04-22-2013 | | | O | | | | | |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | DA | | 48 | | | | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| JULIAN JAKIBOVITS, MD | 02 | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|

| Mortgage Id # | | AUD Control # 78143454 |
|---|---|---|

## Account History

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | | | | | | | | | | | | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2013 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2012 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2011 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | - | - | - | - | - | - | - | - | - | - | - | - |

Submitted By: Karen Collins    Tel#: (301) 220-1849    Date: 02-01-2016

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.