# EXHIBIT C



**FINANCIAL SOLUTIONS**

March 1, 2016

Alan C. Martin
1224 Harvest Dr.
Monroe, PA 15146

**RE:** ▮1040
**Original Creditor: Julian Jakibovits, MD**
**Medical Claims Solutions**
**Current Balance:  0.00**

Dear Alan Martin,

Pursuant to your inquiry, a review of your file has been completed. Our client confirmed that your account has been paid and deletion request has been sent to the credit bureau.

Respectfully,

M. Price

Fms Financial Solutions Management

COLLECTIONS   DEBT ACQUISITION   DEBT MANAGEMENT   BACKGROUND INVESTIGATIONS