# EXHIBIT D

# EQUIFAX

## CREDIT FILE : April 14, 2016
## Confirmation # 6090054417

002208838-8408
Alan C Martin
7925 Orchard Park Way
Bowie, MD 20715-4603

P. O. Box 105518
Atlanta, GA 30348

Dear Alan C Martin:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file.  If you have additional questions regarding the reinvestigated items, please contact the source of that information directly.  You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425–7961 from 9:00am to 5:00pm Monday–Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at  866–349–5186.

Thank you for giving Equifax the opportunity to serve you.

| *The Results Of Our Reinvestigation* |
|---|
| *Collection Agency Information*   (This section includes accounts that have been placed for collection with a collection agency.) |

>>> **We have researched the collection account.  Account # – ■3879  The results are:** We verified that this item belongs to you. If you have additional questions about this item please contact: **Financial Management Solut, 6303 Ivy Ln Ste 310, Greenbelt  MD  20770–6319 Phone: (301) 220–1849**

Financial Management Solutions;  Collection Reported 04/2016; Assigned 10/2014; Creditor Class – Medical/Health Care; Client – Secure Medical Care; Amount – $220 ; Status as of 04/2016 – Unpaid; Date of 1st Delinquency 04/2014; Balance as of 04/2016 – $297 ; Individual Account; Account # – ■3879; ADDITIONAL INFORMATION – Consumer Disputes This Account Information; Collection Account; **Address:** 6303 Ivy Ln Ste 310  Greenbelt MD 20770–6319 : (301) 220–1849

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.