IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| ALAN CHRISTOPHER MARTIN, <br><br> Plaintiff, <br> v. <br><br> FMS FINANCIAL SOLUTIONS LLC <br><br> and <br><br> EQUIFAX INFORMATION SERVICES, LLC <br><br> Defendants. | Civil Action No.:  8:17-cv-911 |

**JOINT NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff Alan Christopher Martin and Christine Miller ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiff has reached an agreement with Equifax to resolve the claims against it.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

3. Accordingly, the Plaintiff and Equifax request that all discovery obligations be stayed and that Equifax be excused from the mediation scheduled with Judge Jillyn Schulze for August 29, 2017.

Dated: August 21, 2017

Respectfully submitted,

| | |
|---|---|
| */s/ Courtney L. Weiner* | */s/ Nathan D. Adler* |
| Courtney L. Weiner (#19463) | Nathan D. Adler (#22645) |
| Law Office of Courtney Weiner PLLC | Neuberger Quinn Gielen Rubin & Gibber PA |
| 1629 K Street NW, Suite 300 | 1 South Street, 27th Floor |
| Washington, DC 20006 | Baltimore, MD 21202 |
| PH: 202-827-9980 | PH: 410-332-8516 |
| cw@courtneyweinerlaw.com | NDA@nqgrg.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant, Equifax Information Services, LLC* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 21, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to CM/ECF participants.

                                            */s/ Courtney L. Weiner*
                                            Courtney L. Weiner