**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

| | |
|---|---|
| ALAN CHRISTOPHER MARTIN, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Civil Action No.: 8:17-cv-00911-PJM |
| | : |
| FMS FINANCIAL SOLUTIONS, LLC, *et al.*, | : |
| | : |
| Defendants | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as dismissed, with prejudice as to all claims against Defendant, FMS Financial Solutions, LLC. Each party will pay their own costs, expenses and attorney fees.

Respectfully submitted,

| | |
|---|---|
| **LAW OFFICE OF COURTNEY WEINER PLLC** | **THE LAW OFFICES OF RONALD S. CANTER, LLC** |
| | |
| */s/ Courtney L. Weiner* | */s/ Matthew W. Fogleman* |
| Courtney Weiner, Esquire, #19463 | Ronald S. Canter, Esquire, #01024 |
| 1629 K St., NW, Suite 300 | Matthew W. Fogleman, Esquire, #07240 |
| Washington, DC 20006 | (signed with permission by Courtney Weiner) |
| (202) 827-9900 (telephone) | 200A Monroe St., Suite 104 |
| cw@courtneyweinerlaw.com (e-mail) | Rockville, Maryland 20850-4424 |
| **Attorney for Plaintiff** | 301.424.7490 (telephone) \| 301.424.7470 (facsimile) |
| | rcanter@roncanterllc.com (e-mail) |
| | mfogleman@roncanterllc.com (e-mail) |
| | **Attorneys for Defendant,** |
| | **FMS Financial Solutions, LLC** |

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Stipulation of Dismissal was transmitted via CM/ECF to all parties registered to receive notifications.

                                                     */s/ Courtney L. Weiner*
                                                     Courtney L. Weiner