IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| ALAN CHRISTOPHER MARTIN, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No.: 8:17-cv-00911-PJM |
| | : | |
| FMS FINANCIAL SOLUTIONS, LLC, *et al.*, | : | |
| | : | |
| Defendants | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as dismissed, with prejudice as to all claims against Defendant, Equifax Information Services LLC. Each party will pay their own costs, expenses and attorney fees.

Dated: November 2, 2017

Respectfully submitted,

*/s/ Courtney L. Weiner*  
Courtney L. Weiner (#19463)  
Law Office of Courtney Weiner PLLC  
1629 K Street NW, Suite 300  
Washington, DC 20006  
PH: 202-827-9980  
cw@courtneyweinerlaw.com  

*Attorney for Plaintiff*

*/s/  Nathan D. Adler*  
Nathan D. Adler (#22645)  
Neuberger Quinn Gielen Rubin & Gibber PA  
1 South Street, 27th Floor  
Baltimore, MD 21202  
PH: 410-332-8516  
NDA@nqgrg.com  

*Attorney for Defendant, Equifax Information Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that November 2, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to CM/ECF participants.

*/s/ Courtney L. Weiner*
Courtney L. Weiner